FILED
NOVEMBER 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**07 C 6613**

| | |
|---|---|
| In the matter of the Complaint of Starved Rock Adventures, an Illinois Corporation, as owner of a 1995, 43' Myaght motor vessel, bearing Hull Identification No. MBYNV127D595, for Exoneration from or Limitation of Liability,<br><br>Petitioner. | Case No. _____<br><br>In Admiralty<br><br>**JUDGE DER-YEGHIAYAN**<br>**MAGISTRATE JUDGE COLE** |

## STIPULATION FOR VALUE

KNOW ALL MEN BY THESE PRESENTS:

That the undersigned petitioners and the undersigned surety are held and firmly bonded unto the United States of America in the sum of $25,000.00 plus interest at the rate of 6% per year from this date, lawful money of the United States, together with the legal interest thereon per annum from the date of this undertaking, and for the payment of such sum and interest to the benefit of whom it may concern, the said petitioners and the said surety bind themselves, their successors and assigns, jointly and severally, firmly by these presents.

Now the conditions of this obligation are such that,

WHEREAS, Starved Rock Adventures has filed in this Court its Complaint in an action to be exonerated from or have limited their liability to any person for any loss, damage, or injury by reason of the incident which occurred involving the 43' Myaght on May 23, 2007 on the Illinois River at or near the Starved Rock Marina.

WHEREAS, the above bound petitioners allege that the aggregate amount of value of their interest in the 43' Myaght amounts to $25,000.00.

NOW, THEREFORE, if the above bound petitioner shall deposit with the Court or give approved security for the benefit of claimants for a sum equal to the amount or value of the interest of the above bound petitioner in said vessel, and in addition to such sums, or approved security therefor, as the Court may from time to time fix as necessary to carry out the provisions of the Act of March 3, 1851, entitled "An Act to limit the liability of shipowners and for other purposes," as amended, 46 U.S.C. §§181-189, within ten days after entry of an order for the same, and if the same above bound petitioners shall pay all costs and expenses which shall be awarded against it by an interlocutory order or by the final judgment, or on appeal by any appellate court, then this obligation is to be void, otherwise to remain in full force and effect.

Executed this 20th day of November, 2007.

Starved Rock Adventures

By  /s/ Anthony Rutkowski
By Their Attorneys


INTERNATIONAL FIDELITY
INSURANCE COMPANY, Surety

Katherine B. Werner, Attorney-in-Fact

# POWER OF ATTORNEY
## INTERNATIONAL FIDELITY INSURANCE COMPANY
HOME OFFICE: ONE NEWARK CENTER, 20TH FLOOR
NEWARK, NEW JERSEY 07102-5207

**KNOW ALL MEN BY THESE PRESENTS:** That INTERNATIONAL FIDELITY INSURANCE COMPANY, a corporation organized and existing laws of the State of New Jersey, and having its principal office in the City of Newark, New Jersey, does hereby constitute and appoint

**CLARK P. FITZ-HUGH, DARLENE A. BORNT, KATHERINE B. WERNER, CATHERINE C. KEHOE, KRISTINE K. SELLERS, MARLEY M. MORRIS, ELIZABETH TREADWAY, CANDICE T. GROS, R. TUCKER FITZ-HUGH, LINDA A. BOURGEOIS**

New Orleans, LA.

its true and lawful attorney(s)-in-fact to execute, seal and deliver for and on its behalf as surety, any and all bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof, which are or may be allowed, required or permitted by law, statute, rule, regulation, contract or otherwise, and the execution of such instrument(s) in pursuance of these presents, shall be as binding upon the said INTERNATIONAL FIDELITY INSURANCE COMPANY, as fully and amply, to all intents and purposes, as if the same had been duly executed and acknowledged by its regularly elected officers at its principal office.

This Power of Attorney is executed, and may be revoked, pursuant to and by authority of Article 3-Section 3, of the By-Laws adopted by the Board of Directors of INTERNATIONAL FIDELITY INSURANCE COMPANY at a meeting called and held on the 7th day of February, 1974.

The President or any Vice President, Executive Vice President, Secretary or Assistant Secretary, shall have power and authority

(1) To appoint Attorneys-in-fact, and to authorize them to execute on behalf of the Company, and attach the Seal of the Company thereto, bonds and undertakings, contracts of indemnity and other writings obligatory in the nature thereof and,

(2) To remove, at any time, any such attorney-in-fact and revoke the authority given.

Further, this Power of Attorney is signed and sealed by facsimile pursuant to resolution of the Board of Directors of said Company adopted at a meeting duly called and held on the 29th day of April, 1982 of which the following is a true excerpt:

Now therefore the signatures of such officers and the seal of the Company may be affixed to any such power of attorney or any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by facsimile signatures and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond or undertaking to which it is attached.

IN TESTIMONY WHEREOF, INTERNATIONAL FIDELITY INSURANCE COMPANY has caused this instrument to be signed and its corporate seal to be affixed by its authorized officer, this 29th day of August, A.D. 2003.

INTERNATIONAL FIDELITY INSURANCE COMPANY

STATE OF NEW JERSEY
County of Essex

Secretary

On this 29th day of August 2003, before me came the individual who executed the preceding instrument, to me personally known, and, being by me duly sworn, said the he is the therein described and authorized officer of the INTERNATIONAL FIDELITY INSURANCE COMPANY; that the seal affixed to said instrument is the Corporate Seal of said Company; that the said Corporate Seal and his signature were duly affixed by order of the Board of Directors of said Company.



IN TESTIMONY WHEREOF, I have hereunto set my hand affixed my Official Seal, at the City of Newark, New Jersey the day and year first above written.

A NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 21, 2010

## CERTIFICATION

I, the undersigned officer of INTERNATIONAL FIDELITY INSURANCE COMPANY do hereby certify that I have compared the foregoing copy of the Power of Attorney and affidavit, and the copy of the Section of the By-Laws of said Company as set forth in said Power of Attorney, with the ORIGINALS ON IN THE HOME OFFICE OF SAID COMPANY, and that the same are correct transcripts thereof, and of the whole of the said originals, and that the said Power of Attorney has not been revoked and is now in full force and effect

IN TESTIMONY WHEREOF, I have hereunto set my hand this 20 day of November, 2007

Assistant Secretary