UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the matter of the Complaint of ) <br> Starved Rock Adventures, an Illinois ) <br> Corporation, as owner of a 1995, ) <br> 43' Myaght motor vessel, ) <br> bearing Hull Identification No. ) <br> MBYNV127D595, for Exoneration from or ) <br> Limitation of Liability, ) <br><br> Petitioner. | Case No. 07 C 6613 <br><br> In Admiralty |

## INITIAL STATUS REPORT

Now comes the Petitioner, Starved Rock Adventures by its attorneys herein, MacCabe & McGuire and for its initial status report pursuant to this court's standing order states the following:

**1. Nature of claims and counterclaims**

The Petitioner, Starved Rock Adventures has brought its petition in admiralty pursuant to 46 U.S.C. § 181 et. seq. for exoneration or alternatively for limitation of liability in relation to a boating accident that occurred on the Illinois River on May 23, 2007.

**2. Relief Sought by Plaintiff/Petitioner**

The Petitioner seeks an order:

(a) approving the above-described Stipulation for Value with surety, and;

(b) permitting the issuance of a Notice to all persons asserting claims with respect to which the Complaint seeks limitation admonishing them to file their respective claims with the Clerk of this Court and to serve on the attorneys for the PETITIONER a copy thereof on or before a date to be named in the Notice and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on the attorneys for PETITIONER an answer to the Complaint on or before the said date, unless his claim has included an answer, so designated, and;

(c)     enjoining the further prosecution of any and all actions, suits, and proceedings already commenced and the commencement or prosecution thereafter of any and all actions, suits or proceedings, of any nature or description whatsoever in any jurisdiction against PETITIONER, as aforesaid, and/or against the VESSEL or against any property of the PETITIONER except in this action, to recover damages for or in respect of any property damages or personal injuries caused by or resulting from the aforesaid accident involving the VESSEL, or otherwise done, occasioned or incurred as a result of the aforesaid accident involving the VESSEL, and;

(d)     that PETITIONER is not liable to any extent for any damages or injuries, or for any claim therefor in any way arising out of or resulting from the aforesaid accident, damages or injuries, that were done, occasioned or incurred as a result of the aforesaid accident involving the VESSEL, and;

(e)     determining that the PETITIONER is not liable to any extent for any damages or injuries, or for any claim whatsoever in any way arising from or in consequence of the aforesaid accident involving the VESSEL, or if PETITIONER shall be adjudged liable, then that such liability be limited to the amount or value of PETITIONER'S interest in the VESSEL, as aforesaid, and that PETITIONER be discharged there from upon the surrender of such interest, and that the money surrendered, paid or secured to be paid, as aforesaid, be divided *pro rata* according to the hereinabove mentioned statutes among such claimants as may duly prove and claim in accordance with the provisions of the Order hereinabove prayed for, saving to all parties any priorities to which they may be legally entitled, and that a decree may be entered, discharging PETITIONER from all further liability, and;

(f)     any other relief that this court deems just and proper

3.  **Names of the Parties not served**

At the present time, the Petitioner is awaiting an order permitting the issuance and publication of legal notice.

4.  **Principle Legal Issues**

Exoneration and/or Limitation of Liability pursuant to 46 U.S.C. § 181 et. seq.

5.  **Principal Factual Issues**

    Undetermined at this time.

6.  **List of Pending Motions and Brief Summary of bases for motions**

    None other than the Petitioner's plea for the issuance of an order permitting publication of legal notice.

7.  **Description of discovery requested and exchanged**

    None at this time.

8.  **Type of Discovery Needed**

    None at this time. The discovery forecast is directly dependent upon whether additional parties will appear and seek to challenge the petition of file their own case derived from the underlying occurrence.

9.  **Agreed dates for: Rule 26(a)(1) disclosures, fact discovery, fact discovery completion, expert discovery completion (including dates for the delivery of expert reports), filing of dispositive motions, filing of a final pre-trial order.**

    None at this time. The discovery forecast is directly dependent upon whether additional parties will appear and seek to challenge the petition of file their own case derived from the underlying occurrence.

10. **Estimation of when the case will be ready for trial**

    Undetermined.

11. **Probable Length of Trial**

    Undetermined.

12. **Whether a request has been made for a jury trial**

    No.

13. **Whether there have been settlement discussions and if so the outcome of those discussions**

Since no parties are involved at this time, there have not been any settlement discussions. This purpose of this action is obtain exoneration of liability or alternatively obtain a limitation of liability pursuant to statute.

14. **Whether the parties consent to proceed before a Magistrate Judge.**

Given the status of this matter, a consent to proceed before a Magistrate Judge cannot be obtained at this time. It is possible if other parties become involved in this proceeding that consent to proceed before a Magistrate Judge may be obtained.

**Respectfully submitted,**

**/s/ Anthony R. Rutkowski**
Attorney for PETITIONER,
STARVED ROCK ADVENTURES

Anthony R. Rutkowski
**MacCabe & McGuire**
77 W. Wacker Drive
Suite 3333
Chicago, Illinois 60601
(312)357-2600
(fax)(312)357-0317
arutkowski@maccabe-mcguire.com

4