## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Starved Rock Adventures

                              Plaintiff,

v.                                             Case No.: 1:07−cv−06613
                                                 Honorable Samuel Der−Yeghiayan

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 11, 2007:

      MINUTE entry before Judge Samuel Der−Yeghiayan : Status hearing held and continued to 04/23/08 at 9:00 a.m. Counsel for petitioner to prepare and provide a proposed signature order regarding plaintiff's stipulation and complaint for exoneration by Friday, December 14, 2007. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.