

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **In the matter of the Complaint of** ) | |
| **Starved Rock Adventures, an Illinois** ) | **Case No. 07 C 06613** |
| **Corporation, as owner of a 1995,** ) | |
| **43' Myaght motor vessel,** ) | **In Admiralty** |
| **bearing Hull Identification No.** ) | |
| **MBYNV127D595, for Exoneration from or** ) | |
| **Limitation of Liability,** ) | |
| | |
| Petitioner. | |

### ORDER APPROVING PETITIONER'S STIPULATION FOR VALUE, DIRECTING ISSUANCE OF NOTICE AND RESTRAINING SUITS

A Complaint having been filed herein on the 21st day of November, 2007, by the above-named Petitioner, as owner of the 1995 43' Myaght motor vessel, bearing Hull Identification No. MBYNV127D595, for exoneration from or limitation of liability, pursuant to 46A U.S.C. § 181 *et seq.*, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for any damages or injuries caused by or resulting from an accident of the aforesaid vessel occurring on May 23, 2007 on the Illinois River;

And the Complaint having stated that the value of Petitioner's interest in the said vessel does not exceed $25,000.00, and the Petitioner having stated that there is no pending freight;

And the Petitioner having deposited with the Court as security for the benefit of claimants, a Stipulation for Value dated November 21, 2007, with surety, not less than equal to the amount or value of its interest in the said vessel in the sum of $25,000.00

with interest at six percent (6%) per annum from its date, executed by INTERNATIONAL FIDELITY INSURANCE COMPANY, as surety;

NOW, on motion of MacCabe & McGuire, attorneys for Petitioner, it is

ORDERED as follows:

1. The above-described Stipulation for Value, with surety, deposited by the Petitioner with the Court for the benefit of claimants, in the sum of $25,000.00 with interest as aforesaid, as security for the amount or value of the Petitioner's interest in the aforesaid vessel is hereby approved.

2. This Court, upon motion, shall cause due appraisement of such value and may thereupon order the said security be increased or reduced if it finds the amount thereof insufficient or excessive; and, upon demand, the Court may similarly order such increase or reduction if it finds that such an order is necessary to carry out the provisions of 46A U.S.C. § 183, as amended, in respect of loss of life or bodily injury.

3. A notice shall be issued by the Petitioner to all persons asserting claims with respect to which the Complaint seeks limitation admonishing them to file their respective claims with the Clerk of this Court in writing, and to serve on the attorney for the Petitioner a copy thereof on or before the **April 1, 2008,** or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability he shall file and serve on attorneys for Petitioner an answer to the Complaint on or before the said date, unless his claim has included an answer to the Complaint, so designated, or be defaulted.

4. The aforesaid notice shall be published in an approved newspaper (as specified in Local Rule 83.3), once a week for four successive weeks prior to the date

fixed for the filing of claims, as provided by the aforesaid Rule F; and copies of the notice shall also be mailed in accordance with the said Rule F.

5. The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against the Petitioner, as aforesaid, or against the 1995 43' Myaght motor vessel, bearing Hull Identification No. MBYNV127D595, or against any property of the Petitioner except in this action, to recover damages for or in respect of any damages or injuries caused by or resulting from the accident of the aforesaid vessel as alleged in the Complaint, be and they hereby are restrained, stayed, and enjoined until the hearing and determination of this action.

6. Service of this Order as a restraining order may be made through the Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively by hand.

_____
United States District Court Judge
Samuel Der-Yeghiayan

Dated this 16th day of, 2008.